# Court of Appeals
# of the State of Georgia

ATLANTA,___July 24, 2013_____

*The Court of Appeals hereby passes the following order:*

## A13A2122. ARTIS E. BROKENBROUGH, et al. v. WELLS FARGO BANK, N. A.

This case originated as a dispossessory proceeding in magistrate court. After the magistrate court granted the plaintiff a writ of possession, Artis E. Brokenbrough and Catina M. Brokenbrough appealed that decision to the superior court. The superior court dismissed the Brokenbroughs's appeal, and they have now appealed the superior court's ruling directly to this Court.

We lack jurisdiction. Because the order at issue disposes of a de novo appeal from a magistrate court decision, the Brokenbroughs were required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Their failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 07/24/2013_____
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*